PUBLIC CERTIFICATE OF SERVICE

**Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from the Socialist Republic of Vietnam**
A-552-841
Investigation
CIT No. 25-00162

The undersigned hereby certifies that a copy of the Complaint was served upon the following parties by Certified and Return Receipt Mail or FedEx on August 25, 2025:

Laura El-Sabaawi, Esq.
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036

Jeffrey S. Grimson, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Matthew R. Nicely, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
2001 K Street, NW
Washington, DC 20006-1037

Jonathan M. Freed, Esq.
**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003

Brandon Petelin, Esq.
**Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP**
1201 New York Ave NW
Suite 650
Washington DC 20005

Robert L. LaFrankie, Esq.
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Friederike Goergens, Esq.
**Greenberg Traurig, LLP**
2101 L Street NW
Washington DC 20037

Jonathan Thomas Stoel, Esq.
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

John M. Gurley, Esq.
**ArentFox Schiff LLP**
1717 K Street
Washington DC 20006

Jay C. Campbell, Esq.
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807

David M Morrell, Esq.
**Jones Day**
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113

Adams Lee, Esq.
**Harris Sliwoski LLP**
600 Stewart Street
Suite 1200
Seattle, WA 98101

/s/ Tanya Strivers
**Tanya Strivers**